UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILLICK, | No. CIV. S-12-2884 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| TRIMARK ASSOCIATES, INC., | |
| Defendant. | |

Pending before the court in the above-captioned case is plaintiff's "Request for Dismissal of Fifth Cause of Action to First Amended Complaint," and proposed order thereon.

In situations, such as the present one, in which a defendant has served an answer, and has not stipulated to a dismissal, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "The purpose of the rule is to permit a plaintiff to dismiss an action without prejudice so long as the defendant will not be prejudiced, or unfairly affected by dismissal." Stevedoring Servs. of America v. Armilla Int'l B. V., 889 F.2d 919, 921 (9th Cir. 1989) (internal citations omitted).

1

The defendant herein is not a party to the Request. Accordingly, the court must consider whether defendant would be "prejudiced, or unfairly affected," id., by dismissal of the fifth cause of action without prejudice. But the court cannot make this determination without first hearing from the defendant.

In light of the foregoing, the court hereby orders as follows:

    Plaintiff's "Request for Dismissal of Fifth Cause of Action to First Amended Complaint" is DENIED without prejudice. If plaintiff wishes to dismiss the fifth cause of action, and defendant is in agreement, the parties may file a stipulation and proposed order to that effect; otherwise, plaintiff must file a noticed motion seeking dismissal.

IT IS SO ORDERED.

DATED:  October 28, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT