ANDREA M. MILLER [SBN: 88992]
JAMES C. KEOWEN [SBN: 173546]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Plaintiff/Counter-Defendant
RYAN WILLICK, individually and dba WILLICK PROJECT MANAGEMENT SOLUTIONS

Jennifer E. Duggan [SBN: 183833]
**DUGGAN LAW CORPORATION**
641 Fulton Avenue, Suite 200
Sacramento, CA  95825
Telephone No:  (916) 550-5309
Facsimile No:   (916) 404-5900

Attorneys for Defendant/Counter-Claimant
TRIMARK ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILLICK,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRIMARK ASSOCIATES, INC.,<br><br>　　　　　　　Defendants. | **Case No.:  2:12-cv-02884-LKK-KJN**<br><br>**STIPULATION FOR DISMISSAL OF FIFTH CAUSE OF ACTION TO FIRST AMENDED COMPLAINT; ORDER** |
| TRIMARK ASSOCIATES, INC.<br><br>　　　　　　　Counter-Claimant.<br><br>　vs.<br><br>RYAN WILLICK, et al.,<br><br>　　　　　　　Counter-Defendants. | **TRIAL DATE:** DECEMBER 16, 2014 |

　　　IT IS HEREBY STIPULATED by Plaintiff/Cross-Defendant, RYAN WILLICK ("Plaintiff"), and Defendant/Counter-Claimant, TRIMARK ASSOCIATES, INC. by and

1  through their designated counsel of record that Plaintiff's Fifth Cause of Action in the First
2  Amended Complaint is dismissed.

DATED: October 30, 2013          **NAGELEY, MEREDITH & MILLER, INC.**

By: __/s/ James C. Keowen_____
JAMES C. KEOWEN
Attorney for Plaintiff/Counter-Defendant
RYAN WILLICK, individually and dba
WILLICK PROJECT MANAGEMENT
SOLUTIONS

DATED: October 30, 2013          **DUGGAN LAW CORPORATION**

By: __/s/ Jennifer E. Duggan_____
JENNIFER E. DUGGAN
Attorney for Defendant/Counter-Claimant
TRIMARK ASSOCIATES, INC.

**ORDER**

The Court, having considered the foregoing stipulation of counsel of record by Plaintiff/Cross-Defendant, RYAN WILLICK, and Defendant/Counter-Claimant, TRIMARK ASSOCIATES, INC., and finding good cause therefore, it is hereby determined that the Fifth Cause of Action to the First Amended Complaint be dismissed. The Clerk of the Court shall enter the dismissal.

IT IS SO ORDERED.

DATED: October 30, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT