UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILLICK, | No. CIV. S-12-2884 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| TRIMARK ASSOCIATES, INC., | |
| Defendant. | |

Plaintiff's counsel has filed an <u>ex parte</u> application to withdraw as attorneys of record. ECF No. 37-3. According to the Status (Pretrial Scheduling) Order (ECF No. 20), discovery in the case is to be completed by April 18, 2014, a few days from now.

Defendant shall file a response to this application no later than Friday, April 11, 2014 at 4:30 p.m.

IT IS SO ORDERED.

DATED: April 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1