GREGORY A. MEREDITH [SBN: 119373]
ANDREA M. MILLER [SBN: 88992]
JAMES C. KEOWEN [SBN: 173546]
**NAGELEY, MEREDITH & MILLER, INC.**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:    (916) 386-8952

Attorneys for plaintiff RYAN WILLICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILLICK, | **Case No.:  2:12-cv-02884-LKK-KJN** |
| Plaintiff, | **EX PARTE APPLICATION AND ORDER SHORTENING TIME TO HEAR RENEWED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF RYAN WILLICK** |
| vs. | |
| TRIMARK ASSOCIATES, INC., | |
| Defendant. | |
| **And All Related Counter Actions.** | **TRIAL DATE:    NONE SET.** |

Attorneys NAGELEY, MEREDITH & MILLER, INC., hereby apply for an Order Shortening Time for the filing of a Motion to Withdraw as Attorneys of Record for plaintiff RYAN WILLICK [hereinafter "WILLICK"] in the above captioned matter, to be heard by this Court on the next available calendar date.  The shortened time is necessary to comply with the Court's order dated April 15, 2014 and the effect the efficient transition to new counsel.  In its prior Motion to Withdraw, counsel have requested a suspension of the Scheduling Order in this case to permit Plaintiff to get new counsel to represent him through trial and thus to wind up the small amount of discovery remaining to be completed in this matter.  The Court has agreed to suspend the scheduling for a short period (60 days) and reset the matter for a status conference on June 30, 2014.  Therefore, movant requests this matter be heard on the May 5, 2014 calendar so that the motion can be resolved and new counsel sought a sufficient time prior to the new scheduling conference.  Defendant's counsel has agreed to the shortened time for notice

1  and has specifically agreed to the May 5, 2014 date.

2  This Application is supported by the Declaration of James C. Keowen filed
3  concurrently herewith, which reflects notice to opposing counsel and thereby shows that
4  the requirements of Eastern District Local Rule 144(e) have been met.

6  DATED:  April 17, 2014                                    **NAGELEY, MEREDITH & MILLER, INC.**

8  By:   /s/ Andrea Miller
         ANDREA M. MILLER
9        Attorneys for plaintiff RYAN WILLICK

11                                         **ORDER**

12  The Court, having read the foregoing Ex Parte Application and accompanying
13  Declaration, hereby orders that Plaintiff's counsels' Motion to Withdraw as Attorneys of
14  Record, originally noticed for May 5, 2014, is hereby continued to June 23, 2014 at 10:00
15  a.m. in Courtroom No. 4.  If plaintiff obtains new counsel before the hearing, he may file a
16  substitution of attorney pursuant to E.D. Cal. R. 182(g).

17  **IT IS SO ORDERED**.
18  Dated:  April 25, 2014

           _/s/ Lawrence K. Karlton_
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT