1  Jennifer E. Duggan, SBN: 183833
   Christina M. Bucci, SBN: 292047
2  DUGGAN LAW CORPORATION
   641 Fulton Ave., Ste. 200
3  Sacramento, CA 95825
   Telephone:    (916) 550-5309
4  Facsimile:    (916) 404-5900

5  Attorney for Defendant/Counter-Claimant
   TRIMARK ASSOCIATES, INC.

6

7
                    UNITED STATES DISTRICT COURT
8
                 IN THE EASTERN DISTRICT OF CALIFORNIA
9

10 | RYAN WILLICK,                                  | Case No. 2:12-cv-02884-LKK-KJN |
   |                                                |                                |
11 |         Plaintiff,                             | **FRCP RULE 41 STIPULATION FOR** |
   |                                                | **DISMISSAL WITH PREJUDICE AND** |
12 | v.                                             | **ORDER THEREON**              |
   |                                                |                                |
13 | TRIMARK ASSOCIATES, INC.,                      |                                |
   |                                                |                                |
14 |         Defendants.                            |                                |
   | TRIMARK ASSOCIATES, INC.,                      |                                |
15 |                                                |                                |
   |         Counter-Claimant.                      |                                |
16 |                                                |                                |
   | v.                                             |                                |
17 |                                                |                                |
   | RYAN WILLICK, WILLICK PROJECT                  |                                |
18 | MANAGEMENT SOLUTIONS, LLC                      |                                |
   | and DOES 1-10,                                 |                                |
19 |                                                |                                |
   |         Counter-Defendants                     |                                |
20

21

22                                    STIPULATION

23         WHEREAS, Plaintiff/Counter-Defendant RYAN WILLICK wishes to dismiss this action

24 with prejudice and provide Defendant/Counter-Claimant with a release of all claims in exchange for

25 a waiver of recoverable costs and attorneys' fees by said Defendants and dismissal with prejudice of

26 their Counter-Claim; and

27         WHEREAS, Defendant/Counter-Claimant is willing to accept said dismissal with prejudice

28 and a release of all claims signed by Plaintiff/Counter-Defendant, and is willing to waive all costs

---

and attorneys' fees in exchange and dismiss their Counter-Claim against all Counter-Defendants with prejudice; and

WHEREAS, the interests of justice would be served by such dismissal of the entire action and cross-action and waivers;

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that pursuant to Federal Rules of Civil Procedure Rule 41(a) this matter be dismissed with prejudice in its entirety pursuant to the terms outlined above and with permission of the Court.

Dated:  August 12, 2014         /s/ _____
                                Plaintiff/Counter-Defendant, RYAN WILLICK,
                                individualLy and on behalf of WILLICK PROJECT
                                MANAGEMENT SOLUTIONS, LLC


Dated:  August 12, 2014         DUGGAN LAW CORPORATION


                                By: /s/ _____
                                    Jennifer E. Duggan
                                    Christina M. Bucci

                                    Attorneys for Defendant/Counter-Claimant
                                    TRIMARK ASSOCIATES, INC.

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the above-entitled action and all Defendants/Counter-Defendants named in the Complaint and Counter-Complaint on file herein are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).


Dated:  August 27, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Duggan Law Corporation
641 Fulton Ave., Ste. 200
Sacramento, CA 95825
916.550-5309

FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON                    2.